Case3:10-cv-03730-JSW   Document17   Filed04/05/11   Page1 of 1

FILED

APR 11 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SALVADOR PEREZ,** | Case No. C 10-3730 JSW (PR) |
| Plaintiff, | **[PROPOSED] ORDER CHANGING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |
| v. | (Docket No. 15) |
| **MATTHEW CATE, et al.,** | |
| Defendants. | |

Defendants Cook, Jacquez, Bradbury, Cruse, Winningham,  Brandon, McMillan, Tupy, and Cate have moved this Court for an extension of time from April 12 to May 12, 2011, to serve any appropriate responses, objections, or documents, in response to Plaintiff Salvador Perez's pending nine sets of interrogatories and document demands to Defendants.  After full consideration, and good cause appearing, Defendants' motion for extension of time is GRANTED.  Defendants shall have through May 12, 2011, to respond to Plaintiff's pending discovery requests.

IT IS SO ORDERED.

Dated: _____APR 1 1 2011_____

The Honorable Jeffrey S. White

1

[Proposed] Order Changing Time to Respond To Pl.'s 18 Sets Of Discovery  (C 10-3730 JSW (PR))

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

SALVADOR PEREZ,

                Plaintiff,

   v.

MATTHEW CATE et al,

              Defendant.

_____/

Case Number: CV10-03730 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 11, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Salvador Perez
J47812
P.O. Box 7500
Crescent City, CA 95532

Dated: April 11, 2011

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk