**FILED**
OCT 19 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR PEREZ,<br><br>                           Plaintiff,<br>v.<br><br>MATTHEW CATE, et al.,<br><br>                          Defendants. | Case No. C 10-3730 JSW (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS<br><br>(Docket No. 42) |

Defendants Cook, Jacquez, Bradbury, Cruse, Winningham, Brandon, McMillan, Tupy, and Cate have moved for a thirty-two-day extension, up to and including November 14, 2011, in which to file their reply in support of Defendants' motion to dismiss. The Court has read and considered Defendants' motion to change time and the accompanying declaration of counsel and, good cause appearing,

IT IS ORDERED that Defendants' requested extension of time is GRANTED. The time in which Defendants may file a reply in support of their motion to dismiss is extended up to and including November 14, 2011.

Dated: __OCT 19 2011__

*Jeffrey S. White*
THE HONORABLE JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SALVADOR PEREZ,

        Plaintiff,

v.

MATTHEW CATE et al,

        Defendant.

Case Number: CV10-03730 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Salvador Perez
J47812
P.O. Box 7500
Crescent City, CA 95532

Dated: October 19, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk