IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Defendants.<br>_____ | No. C 10-3730 JSW (PR)<br><br>**ORDER DIRECTING DEFENDANTS TO FILE REPLY AND TO SHOW CAUSE RE. SANCTIONS** |

　　　　Defendants filed a motion for an extension of time in which to file a reply to Plaintiff's opposition to their motion for summary judgment. On July 9, 2012, Defendants were ordered to file: (1) a reply to Plaintiff's opposition to the motion for summary judgment; and (2) an opposition or other response to Plaintiff's motion for sanctions, no later than July 23, 2012. Defendants filed an opposition to Plaintiff's motion for sanctions on July 23, 2012. Defendants did not file a reply brief, however. This is not the first time that Defendants' counsel has performed deficiently in this case – Defendants did not respond to Plaintiff's motion for sanctions until ordered to do so

　　　　Within **7 days** of the date this order is filed, Defendants **shall** file a reply to Plaintiff's opposition to their motion for summary judgment **and** shall show cause why

1  they should not be sanctioned for failing to file a reply brief on or before July 23, 2012,
2  as ordered by the Court on July 9, 2012.  **Defendants' failure to comply with this order**
3  **will result in the denial of their motion for summary judgment.**
4      IT IS SO ORDERED.
5  DATED:  August 9, 2012

                    JEFFREY S. WHITE
                    United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR PEREZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW CATE et al,<br><br>　　　　Defendant.　　　　　　　　／ | Case Number: CV10-03730 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Salvador Perez
J47812
P.O. Box 7500
Crescent City, CA 95532

Dated: August 9, 2012

　　　　　　　　　　　　　　　　　　　　*Jennifer Ottolini*
　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　By: Jennifer Ottolini, Deputy Clerk